**EXHIBIT 3**

Case 2:12-cv-01507 Document 2 Filed 12/12/12 Page 2 of 25



# The American Typewriter

How a Young Computer Graphics Person Could Not Understand How to Use a Computer to Forge a Typewritten Document.

It's been some 30 years since we have used typewriters to produce documents. Computers have replaced the typewriter and given us great advantages in document preparation. There is no need to understand the old typewriter. Except when you need to forge a typewritten document.

A computer in the hands of a young person who can creat a modern forgery is no match for the old style quirky mechanical typewriter. The forger who produced the Obama Hawaiian Long Form Health Department Birth Certificate may have thought that all typewriter typeface styles were alike. To get his letters he should have assumed that he needed only to match typewritten letters found in the old files of Hawaii birth certificates to scan ... copy and paste into his new document. Those old files should be all alike having been used to produce birth certificates in the 1961 era.

He must have understood that he needed to copy the old typewriter styles and would find them in the files.

But understanding scanners ... he also had to know that scanning a letter "t" one time and using it all over his document would be conviction assured. Because scan lines engage a letter differently every time it's done. So he scanned a bunch of old birth certificates and used a different "t" each time.

The mistake was that many of the letters in the old files were from different typewriter styles and that's something he did not realize ... resulting in many typewritten letters on his forgery that did not match each other.

I hope this helps to explain what might have happened with this document.

Paul Irey

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | FILE NUMBER 151 | DEPARTMENT OF HEALTH 61 10641 |

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4, | 1961 | 7:24 P.ᴍ. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district Yes ☒ No ☐ |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district Yes ☒ No ☐ |
|---|---|
| 6085 Kalanianaole Highway | |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? Yes ☐ No ☒ |
|---|---|

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK HUSSEIN OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|---|
| | (Signed) Stanley Ann Dunham Obama | Parent ☑ Other ☐ 8-7-61 |

| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | 19b. Date of Signature |
|---|---|---|
| | (Signed) David A. Sinclair | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ 8.8.61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | U K Lee | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|

APR 25, 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

BARACK HUSSEIN OBAMA, II
Male August 4, 1961 724P
Honolulu Oahu
Kapiolani Maternity & Gynecological Hospital
Honolulu Oahu Honolulu, Hawaii
6085 Kalanianaole Highway
BARACK HUSSEIN OBAMA African
25 Kenya, East Africa Student University
STANLEY ANN DUNHAM Caucasian
18 Wichita, Kansas None

Every typewriter typed character is assigned a number in the order it is found in the document.

Presentation & Report by Paul Irey, Typography and Type Face Expert. Copy Courtesy of ProtectOurLiberty.org

# EVIDENCE OF FORGERY

The two capital letters "A"s are from the word "B**A**R**A**CK" on the birth certificate found at section 8 of the form. There is only one letter between them. Why then is **#144** significantly bigger than **#146** if the same type-writer key struck both.?

144     146

## From Section 8

BARACK

143 144 145 146 147 148

Notice the other differences seen in the same word from different locations on the birth certificate. All the letters look different. Why?

The two capital letters "**R**" are from the same word "BA**R**ACK" as above and the other word"BA**R**ACK" in section 1 of the form.  Why then is **#3** significantly shorter and wider than **#145** if the same typewriter key struck both? Note also the enclosed area in **#145** is smaller than the enclosed area in **#3** even though **#145** is taller.

3     145

## From Section 1

BARACK

1    2    3    4    5    6

The two lower case letters "**s**" from the word "Ho**s**pital" in section 6c and "Univer**s**ity" in section 12b are shown to be different because of the width of the letters.  The lower case "s" **#88** is wider than the lower case "s" in  **#198** as shown with the green and purple color bars shown under the letters.

88     198

## From Section 6c

Hospit

86  87  88  89 90   91

## From Section 12b

ersity

196 197 198 199 200 201

The two numbers "**2**" are from "**7:24**" in section 5b and section 10 of the form.   Why then is **#40** significantly wider than **#168**? Notice also the difference in height of **#168** .  Can you imagine how these two typewritten letters were typed with the same typewriter?



40     168

## From Section 5b

7:24

39         40    41

## From Section 10

25

168  169

Page 1 of 3

Case 2:12-at-01567 Document 1-2 Filed 12/13/12 Page 6 of 25

The two lower case letters "a" from the word "**Ma**le" found in section 2 and the word "**Ka**piolani" found in section 6c. Notice that the first "a" #23 is not as wide as #56. Also note the differences of the shape of the enclosed areas and the serifs at the top left of both.



23    56

From Section 2

Male

22   23   24   25

From Section 6c

Kapio

55   56   57   58   59

The two lower case letters "**i**" from the word "**Univers**ity" in section 12b and "**Kop**iolani" in section 6c are shown to be different because of the dots over the letters. The dot in #199 is higher that of #58 and shows more space over the letter. Also note the color bars indicating the difference in width between the letters.



199    58

From Section 12b

ersity

196  197  198  199  200  201

From Section 6c

piola

57   58   59   60   61

The two capital letters "S" are from "HU**S**SEIN" in section 8 and "**S**TANLEY" in section 13 of the form. Why then is #151 significantly more narrow than #201? Notice also the serif differences indicated with the arrows showing that the serif on #151 is placed further back to the left on the "S" than as shown on #201.

151    201

From Section 8

HUSSEI

149  150  151  152  153  154

From Section 13

STANLE

201 202 203 204 205 206

The two lower case "n" letters are different in size. #62 found in section 6c is much shorter than #193 found in section 12b. This is a good place to insert a photo of a typewriter key to remind us that the impression is struck by an engraved letter that is steel and incapable of changing size.



Close up of a Typewriter Key flopped for clarity

62    193

From Section 6c

iolani

58   59   60   61   62   63

From Section 12b

Univer

192 193 194 195 196 197

Page 2 of 3

# EXHIBIT 4

**AFFIDAVIT**

In the State of Kentucky, County of Warren, this affiant being duly sworn, deposes and says that he is Timothy Lee Adams, residing at 1132 Fairview Avenue, Apt. F, Bowling Green, KY 42101 and that the statements below are true concerning his employment at the City and County of Honolulu Elections Division in Honolulu, Hawaii:

1. I was employed at the City and County of Honolulu Elections Division from May 2008 through September 2008.
2. My position at the City and County of Honolulu Elections Division was Senior Elections Clerk.
3. My responsibilities were to oversee the activities of the Absentee Ballot Office.
4. During the course of my employment, I became aware that many requests were being made to the City and County of Honolulu Elections Division, the Hawaii Office of Elections, and the Hawaii Department of Health from around the country to obtain a copy of then-Senator Barack Obama's long-form, hospital-generated birth certificate.
5. Senior officers in the City and County of Honolulu Elections Division told me on multiple occasions that no Hawaii long-form, hospital-generated birth certificate existed for Senator Obama in the Hawaii Department of Health and there was no record that any such document had ever been on file in the Hawaii Department of Health or any other branch or department of the Hawaii government.
6. Senior officers in the City and County of Honolulu Elections Division further told me on multiple occasions that Hawaii State government officials had made inquiries about Senator Obama's birth records to officials at Queens Medical Center and Kapi'olani Medical Center in Honolulu and that neither hospital had any record of Senator Obama having been born there, even though Governor Abercrombie has asserted and various Hawaii government officials continue to assert Barack Obama, Jr. was born at Kapi'olani Medical Center on August 4, 1961.
7. During the course of my employment, I came to understand that for political reasons, various officials in the government of Hawaii, including then-Governor Linda Lingle and various officials of the Hawaii Department of Health, including Dr. Chiyome Fukino, the director of the Hawaii Department of Health, were making representations that Senator Obama was born in Hawaii, even though no government official in Hawaii could find a long-form birth certificate for Senator Obama that had been issued by a Hawaii hospital at the time of his birth.
8. During the course of my employment, I was told by senior officers in the City and County of Honolulu Elections Division to stop inquiring about Senator Obama's Hawaii birth records, even though it was common knowledge among my fellow employees that no Hawaii long-form, hospital generated birth certificate existed for Senator Obama.

In witness whereof he has hereto set his hand and seal.

Affiant's signature: _Ti Lee a_

Affiant's title: _adjunct facility, clerk_

I, _Heather Berry_, a Notary Public of the County and State aforesaid, hereby certify that _Timothy Lee Adams_ personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been duly sworn deposes and says the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this _21st_ day of _March, 2012_.

Notary Public's signature: _Heather Berry_

My commission expires: **My Commission Expires July 19, 2014**

**EXHIBIT 5**

**Affidavit**

STATE OF FLORIDA )
                )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008

STATE OF HAWAII     **CERTIFICATE OF LIVE BIRTH**     DEPARTMENT OF HEALTH

FILE NUMBER **151**

**61 10611**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BA ACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born 1st, 2nd, 3rd | 5a. Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|
| Male | Single X Twin □ Triplet □ | | August | 4, | 1961 | 7:24 P.M. |

6a. Place of Birth: City, Town or Rural Location    Honolulu     6b. Island    Oahu

6c. Name of Hospital or Institution (If not in hospital or institution, give street address)   Kapiolani Maternity & Gynecological Hospital

6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district   Yes X   No □

7a. Usual Residence of Mother: City, Town or Rural Location   Honolulu     7b. Island   Oahu     7c. County and State or Foreign Country   Honolulu, Hawaii

7d. Street Address   6085 Kalanianaole Highway

7e. Is Residence Inside City or Town Limits? If no, give judicial district   Yes X   No □

7f. Mother's Mailing Address

7g. Is Residence on a Farm or Plantation?   Yes □   No X

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK HUSSEIN OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 11a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

18. I certify that the above stated information is true and correct to the best of my knowledge.

18a. Signature of Parent or Other Informant   ▶   *(Stanley) Ann Dunham Obama*

Parent   18b. Date of Signature   8-7-61

19. I hereby certify that this child was born alive on the date and hour stated above.

19a. Signature of Attendant   ▶   *David A. Sinclair*

M.D. □ D.O. □ Midwife □ Other □   19b. Date of Signature   8-8-61

20. Date Accepted by Local Reg. ▶   21. Signature of Local Registrar   ▶   *U K Lee*

22. Date Accepted by Reg. General

23. Evidence for Delayed Filing or Alteration



**EXHIBIT 6**

**AFFIDAVIT**

STATE OF FLORIDA )
               )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1.  I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator.

2.  On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama: http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3.  I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4.  I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5.  I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6.  Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7.  I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

    1. Barack Obama's SSN. **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**
    2. Michelle Obama's SSN 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
    3. An initial MLO on the side of Form 709
    4. A 1/4 inch dark square with notation on it.
    5. Preparer's SSN or PIN P00570974
       EIN 36-2700600
       Phone no. 312/372-0440

Form **709**

United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions.

**2009**

| | | | |
|---|---|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number | |
| MICHELLE L. | OBAMA | 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 | |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) | |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS | |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) | |
| WASHINGTON, DC 20500 | | UNITED STATES | |

**Part 1 — General Information**

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ▶ ☐ and enter date of death | | | |
| 9 If you extended the time to file this Form 709, check here ▶ ☐ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once ▶ | 2 | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X | |
| b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse BARACK H. OBAMA   14 SSN 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 | | | |
| 15 Were you married to one another during the entire calendar year? see instructions | | X | |
| 16 If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | | |
| 17 Will a gift tax return for this year be filed by your spouse? If "Yes," mail both returns in the same envelope. | | X | |
| 18 Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

Consenting spouse's signature ▶ *[signature]*     Date ▶ 4/7/10

**Part 2 — Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. | |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. | |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. | |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. | |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. | |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. | |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. | |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. | |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. | |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. | |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | | |
| 14 | Total credits. Add lines 12 and 13 | 14 | | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. | |
| 16 | Generation-skipping transfer taxes (from Schedule D, Part 3, col. H, Total) | 16 | | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. | |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. | |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | | |

**Sign Here** ▶ X *[signature]*   Michelle Obam 4/7/10

May the IRS discuss this return with the preparer shown below (see instructions)?   X Yes ☐ No

| Paid Preparer's Use Only | *[signature]* U.S.   3/30/10   P00570974 |
|---|---|
| | WINBERG SOLHEIM HOWELL & SHAIN, PC   36-2700609 |
| | 180 N LASALLE ST, STE 3200   312/372-0440 |
| | CHICAGO, IL 60601 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   709

Form **709**

United States Gift (and Generation-Skipping Transfer) Tax Return

(For gifts made during calendar year 2009)

▶ See separate instructions.

OMB No. 1545-0020

**2009**

| | | |
|---|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
| BARACK H. | OBAMA | 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 |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) |
| WASHINGTON, DC  20500 | | UNITED STATES |

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death _____ | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ☐ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶  2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | X | |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | X | |
| 13 | Name of consenting spouse  MICHELLE L. OBAMA  14 SSN 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 | X | |
| 15 | Were you married to one another during the entire calendar year? see instructions | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | X | |

18 Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent.

Consenting spouse's signature ▶ X *Michelle Obama*     Date ▶ 4-7-10

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule D, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

X _____  4/7/10
Signature of donor          Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 3/30/ | Check if self-employed ☐ | Preparer's SSN or PTIN  P00570974 |
|---|---|---|---|
| Firm's name ▶ WINEBERG SOLHEIM HOWELL & SHAIN, PC | | EIN 36-2709600 | |
| Address ▶ 180 N LASALLE ST, STE 2200  CHICAGO, IL 60601 | | Phone no. 312-372-0440 | |

LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   Form **709** (2009)

# Form 709

United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions

## 2009

| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
|---|---|---|
| BARACK H. | OBAMA | |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) |
| WASHINGTON, DC  20500 | | UNITED STATES |

**Part 1 — General Information**

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ and enter date of death | | |
| 9 | If you extended the time to file this Form 709, check here ▶ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | X |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | X | |
| 13 | Name of consenting spouse  MICHELLE L. OBAMA | | 14 SSN |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | X | |
| 16 | If 15 is "No," check whether ____ married ____ divorced or ____ widowed/deceased, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | X | |
| 18 | Consent of Spouse — I consent to have the gifts and generation-skipping transfers made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

Consenting spouse's signature ▶ *Michelle Obama*   Date ▶ 4-7-10

**Part 2 — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 | Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

**Sign Here**

X _____   4/7/10

Signature of donor

Paid Preparer's Use Only

WINEBERG SOLHEIM HOWELL & SHAIN, PC
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601

3/9/__

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   709

Form **709**

United States Gift (and Generation-Skipping Transfer) Tax Return

OMB No. 1545-0020

For gifts made during calendar year 2009

▶ See separate instructions.

**2009**

| | | |
|---|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name | 3 Donor's social security number |
| MICHELLE L. | OBAMA | |
| 4 Address (number, street, and apartment number) | | 5 Legal residence (domicile) |
| 1600 PENNSYLVANIA AVENUE, NW | | ILLINOIS |
| 6 City, state, and ZIP code | | 7 Citizenship (see instructions) |
| WASHINGTON, DC  20500 | | UNITED STATES |

**Part 1 - General Information**

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ▶ ____ and enter date of death ____ | | | |
| 9 If you extended the time to file this Form 709, check here ▶ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once. ▶ | 2 | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | | X |
| 11b Has your address changed since you last filed Form 709 (or 709-A)? | | | X |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? See instructions. (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse  BARACK H. OBAMA | 14 SSN | | |
| 15 Were you married to one another during the entire calendar year? (see instructions) | | | X |
| 16 If 15 is "No," check whether ____ married ____ divorced or ____ widowed/deceased, and give date ▶ | | | |
| 17 Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |
| 18 Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |
| Consenting spouse's signature ▶ | Date ▶ 4/7/10 | | |

**Part 2 - Tax Computation**

| | | |
|---|---|---|
| 1 Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions) | 4 | 0. |
| 5 Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions) | 5 | 0. |
| 6 Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | |
| 9 Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 Credit for foreign gift taxes (see instructions) | 13 | |
| 14 Total credits. Add lines 12 and 13 | 14 | |
| 15 Balance. Subtract line 14 from line 6. Do not enter less than zero | 15 | |
| 16 Generation-skipping transfer taxes (from Schedule D, Part 3, col. H, Total) | 16 | |
| 17 Total tax. Add lines 15 and 16 | 17 | 0. |
| 18 Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 If line 18 is greater than line 17, enter amount to be refunded | 20 | |

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

**Sign Here**

Signature of donor ▶ X _Michelle Obama_   Date 4/7/10

May the IRS discuss this return with the preparer shown below (see instructions)?  X Yes ____ No

**Paid Preparer's Use Only**

Preparer's signature ▶ _Wm. Solk_   Date 3/30/10

Firm's name (or yours if self-employed), address, and ZIP code ▶ WINBERG SOLHEIM HOWELL & SHAIN, PC
180 N LASALLE ST, STE 2200
CHICAGO, IL 60601

LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.   709

# EXHIBIT 7

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

On July 26, 2011, I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011, I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date August 4, 1961 and SSN 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. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _____

Linda Jordan 4416 So Dawson St. Seattle WA 98118 206-723-6471

In the city of _____, County of ___King___

Seattle Washington

Dated the ___26___ day of ___August___, 2011

Signature of the Notary _____

Date _____

B. J. PRITCHETT
COMMISSION EXPIRES
NOTARY
PUBLIC
06-27-15
STATE OF WASHINGTON

Self Check | Notice of Mismatch with Social Security Administration          https: selfcheck uscis gov SelfCheckE1 ssaContact.html



# Notice of Mismatch with Social Security Administration (SSA) Records

Print                    Ver en Español

## Bring this notice with you when you visit SSA.

For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff

Obama Barack H
Name of the employee (Last Name, First Name.
MI)
08/17/2011
Date of Mismatch

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
Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice

**SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records

**SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number

**SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U.S. Citizen

✓ **SSA record does not verify. Other reason.** SSA found a discrepancy in the record

**SSA unable to process data.** SSA found a discrepancy in other data in the record

Instructions

1 of 3                          attachment B                          8/17/2011 8:09 AM

# Exhibit 8

**OFFICE OF STATE ADMINISTRATIVE HEARINGS**
STATE OF GEORGIA

DAVID FARRAR

Plaintiff,

v.

BARACK OBAMA,

Defendant.

Docket Number: OSAH-SECSTATE-CE-1215136-60-MALIHI

## AFFIDAVIT OF DR. RONALD J. POLLAND

I, Dr. Ronald J. Polland, PhD, being duly sworn, depose and say under penalty of perjury:

1.      I am a 64 year-old, natural-born citizen of the United States, a permanent resident of the State of Florida for 52 years. I am over eighteen (18) years of age and not a party to any legal action within. If called to do so, I would competently testify under oath as follows:

2.      In 1978, I received my PhD in Instructional Systems from Florida State University with a focus area in Instructional Media. In 1975, I graduated from Florida State University with a dual-program Masters Degree from the Department of Educational Research and Design with focus areas in Statistics and Research Methods. I have also held certifications as a School Psychologist, Mental Health Counselor, and Psychometrist. For over 40 years in the fulfillment of my professional career, I have served the citizens of the State of Florida, many of whom are low-income families and special-needs children. I have authored and evaluated several dozen grants that have been funded at the local, state, and national level. I have more than thirty (30) of years of postdoctoral

experience in statistical research, program evaluation, data mining, computer-assisted instruction, and computer programming.

3.      In fulfillment of my work responsibilities performed on a daily basis, I have become proficient in programming and operating mainframe and office computer systems along with printers, plotters, scanners, and other automated input and output devices. I have over twenty-five (25) years of direct work experience in the operation and application of mainframe and personal computers, laser and inkjet printers, plotters, and digital imaging.

4.      I have held positions as a Research Consultant, Program Evaluator, Research Manager, Statistical Consultant, Instructional Designer, Computer Programmer, and Web Developer,. I have testified as a Statistical Expert in Governmental hearings over the last twenty (20) years.

5.      I received professional training in Adobe products such as Photoshop, InDesign, and Acrobat, and mastered virtually all of the office software packages produced by Microsoft. Additionally, I have also mastered the use of many other graphics and document publishing software that were required in performance of my work.

6.      Of particular relevance is the experience I have in scanning complex documents, especially surveys requiring handwriting and optical character recognition. I estimate that, in my work life, have scanned and analyzed over 250,000 documents.