presented as President Obama's long form birth certificate to the American people and to citizens of Maricopa County by the White House on April 27, 2011.

6. The investigation led to a closer examination of the procedures regarding the registration of births at the Hawaii Department of Health and various statements made by Hawaii government officials regarding the Obama birth controversy over the last five years.

7. Upon close examination of the evidence, it is my belief that forgery and fraud was likely committed in key identity documents including President Obama's long-form birth certificate, his Selective Service Registration card, and his Social Security number.

8. My investigators and I believe that President Obama's long-form birth certificate is a computer-generated document, was manufactured electronically, and that it did not originate in a paper format, as claimed by the White House.   Most importantly, the "registrar's stamp" in the computer generated document released by the White House and posted on the White House website, may have been imported from another unknown source document.  The effect of the stamp not being placed on the document pursuant to state and federal laws means that there is probable cause that the document is a forgery, and therefore, it cannot be used as a verification, legal or otherwise, of the date, place or circumstances of Barack Obama's birth.

9. The Cold Case Posse law enforcement investigation into Barack Obama's birth certificate and his eligibility to be president is on-going.  The on-going nature of the investigation is due to additional information that has come to light since we held the press conference in March, 2012.   As soon as that information has been properly verified by the Cold Case Posse, I will release that information to the public.

Executed this _1 2_ day of June, 2012, in Maricopa County, Arizona.

_____
Joseph M. Arpaio, Maricopa County Sheriff

Sworn to and subscribed before me this
_12th_ day of _June_____, 2012.

_Lynda Jenise Moreno_

LYNDA JENISE MORENO
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
January 9, 2016

2 |

# EXHIBIT 19

---------- Forwarded message ----------
From: **Public Records** <publicrecords@rrcc lacounty gov>
Date: Thu, Aug 30, 2012 at 4:50 PM
Subject: FW: Request Voter Registration Number
To: ~~Paniso~~~~~~~~~~

Good afternoon,
It seems that I mis-spoke (or typed).  Please see the response below from a Division Manager in our
Election Bureau.

*The Federal Voting registration form do not request a birthplace.  In my response I stated that if the person*
*indicates that h/she is a US Citizen, then our data entry operator will update the applicant file with the*
*birthplace US.  The applicant do not list their birthplace as there is no place on the form for that*
*information.  If the person still insist on a copy  it is on our SOS website.*

**From:** Cotton, Kay [mailto:Kay.Cotton@rov.ocgov.com]
**Sent:** Thursday, August 09, 2012 9:11 PM
**To:** George Collins
**Subject:** RE: Direct flyers -correct information.

Mr. Collins.

In answer to your question regarding the birth date being out of range  we do considered those individuals as registered voters and they do receive voter information.  I understand that many years ago, if there was not a birth date  the system would go back to the year 1900  That is why you see some birth dates out of range.

Kay

EXHIBIT 20

STATE OF HAWAII     **CERTIFICATE OF LIVE BIRTH**     DEPARTMENT OF HEALTH

FILE NUMBER **151**

**61 10637**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| SUSAN | ELIZABETH | NORDYKE |

| 2. Sex | 3. This Birth | 4. Twin or Triplet | 5a. Month | 5b. Day | 5c. Year | 5d. Hour |
|---|---|---|---|---|---|---|
| Female | Single / Twin / Triplet | 1st / 2nd / 3rd | Aug. | 4, | 1961 | 2:12 P. M. |

6a. Place of Birth: City, Town or Rural Location
Honolulu

6b. Island
Oahu

6c. Name of Hospital or Institution (If not in hospital or institution, give street address)
Kapiolani Maternity & Gynecological Hospital

6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district
Yes [ ] No [ ]

7a. Usual Residence of Mother: City, Town or Rural Location
Honolulu

7b. Island
Oahu

7c. County and State or Foreign Country
Honolulu, Oahu

7d. Street Address
2013 Kamela Drive

7e. Is Residence Inside City or Town Limits? If outside judicial district
Yes [ ] No [ ]

7f. Is Residence on a Farm or Plantation?
Yes [ ] No [X]

7g. Mother's Mailing Address

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| ROBERT | ALLAN | NORDYKE | Caucasian |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 42 | Woodland, California | Doctor | Private Practice |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| ELEANOR | LOUISE | COLE | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 34 | Los Angeles, California | None | |

18. I certify that the above stated information is true and correct to the best of my knowledge.

18a. Signature of Parent or Other Informant
▶ *Eleanor Cole Nordyke*

Parent [X] Other [ ]

18b. Date of Signature
6-7-61

19. I hereby certify that this child was born alive on the date and hour stated above.

19a. Signature of Attendant
▶ *C. me Onta*

M.D. [ ] D.O. [ ] Midwife [ ] Other [ ]

19b. Date of Signature
8/11/61

20. Date Accepted by Local Reg.

21. Signature of Local Registrar
▶ *Verdine L. Ypussen*

22. Date Accepted by Reg. General
AUG 11 1961

THIS CERTIFIES THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE
ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE
HAWAII STATE DEPARTMENT OF HEALTH

*Leo Bernstein*
LEO BERNSTEIN, M.D.
Director of Health

DATE
9-3-1966

*Charles G. Bennett*
CHARLES G. BENNETT
Registrar General

**EXHIBIT21**

STATE OF HAWAII     **CERTIFICATE OF LIVE BIRTH**     DEPARTMENT OF HEALTH

FILE NUMBER **151**    **61 10641**

| | | |
|---|---|---|
| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| | | |
|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant   *Ann Dunham Obama*   Parent ☒ Other ☐ | 18b. Date of Signature 8-7-61 |
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant   *David A. Sinclair*   M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature 8-8-61 |
| 20. Date Accepted by Local Reg. AUG -8 1961 | 21. Signature of Local Registrar   *U K Lee* | 22. Date Accepted by Reg. General AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

*Alvin T. Onaka*, Ph.D.
STATE REGISTRAR